UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
Margaret Cox )
) CHAPTER 13
) CASE NO.: 12-20569
Debtor(s) )

2013 JUN -3 PM 3:22

## AGREED ORDER

Comes now Debtor(s), by Counsel, Ricardo B Casas, and comes now Paul R. Chael, Standing Chapter 13 Trustee, for the purpose of the Trustee's Motion to Dismiss. Parties submit the following Agreed Order:

1. That the Trustee's Motion to Dismiss or Convert to Chapter 7 is hereby continued indefinitely.

2. That the Debtor(s) will Cure the arrears of $3550.74$ as of 6-1-13 by Increasing her Monthly payments by $78.91 from $1302.34$ to $1381.25$ beginning June 2013 and the subsequent 44 months

   $3\text{-}29\text{-}12$ to $6\text{-}30\text{-}12 = 4(1285^{00}) = 5140^{00}$ Plus $7/13$ to $5\text{-}31\text{-}13 =$
   $11(1302^{34}) = 14,325^{74} + 5140^{00} = 19,465.74 - 15,915 = 3550^{74}$

3. That upon the conditions outlined above and upon the timely payments of Debtor(s) Chapter 13 Plan payments for June 2013, July 2013, August 2013, September 2013 and October 2013, the Trustee's Motion to Dismiss will be withdrawn.

4. In the event the Debtor(s) fails to pay or perform as stated above, the case may be dismissed without further notice or hearing upon the filing of an affidavit of default by the Trustee after a five (5) day grace period.

Ricardo R Casas 6-2-13
Counsel for Debtor(s)

Paul R. Chael, Chapter 13 Trustee
Indiana Attorney No.: 3881-45

Entered: JUN 0 3 2013

J. Philip Klingeberger, JS 104